No. 793.  Moody *v.* Edmondston, Administrator. C. A. 6th Cir.  Certiorari denied.  *L. E. Gwinn* for petitioner.  *Sam Costen* for respondent.

No. 794.  Richardson, Trustee, *v.* National Acceptance Co  C. A. 7th Cir.  Certiorari denied.  *Eli F. Seebirt* for petitioner.  *Harold J. Finder* for respondent.

No. 796.  Hudson *v.* United States.  C. A. 4th Cir. Certiorari denied.  *C. T. Graydon* for petitioner.

No. 800.  Lynch *v.* United States.  C. A. 7th Cir. Certiorari denied.  *C. Ballard Harrison* for petitioner.

No. 823.  Pilson *v.* Salvoni.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *Edward Stafford* for petitioner.  *Lawrence Cake* for respondent.

No. 828.  Wixom *v.* United States.  C. A. 7th Cir. Certiorari denied.  *Francis Heisler* and *Irwin J. Askow* for petitioner.  *Solicitor General Perlman* for the United States.

No. 841.  Jackson *v.* United States.  C. A. 6th Cir. Certiorari denied.  *Oldham Clarke* and *A. Shelby Winstead* for petitioner.  *Solicitor General Perlman* for the United States.

No. 402.  Dorsey et al. *v.* Stuyvesant Town Corporation et al.  Court of Appeals of New York.  Certiorari denied.  Mr. Justice Black and Mr. Justice Douglas are of the opinion certiorari should be granted.  *Will*

*Maslow, Charles Abrams, Thurgood Marshall, Shad Polier* and *Joseph B. Robison* for petitioners. *Churchill Rodgers, Samuel Seabury, C. Frank Reavis, Jeremiah M. Evarts* and *George Trosk* for respondents.

No. 579. UNITED STATES *v.* IOWA-WISCONSIN BRIDGE CO. ET AL. Court of Claims. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE REED are of the opinion certiorari should be granted. *Solicitor General Perlman* for the United States. *Fred A. Ontjes* for respondents.

No. 759. LEVINE *v.* BERMAN ET AL., DOING BUSINESS AS DAVID H. BERMAN CO. C. A. 7th Cir. Certiorari denied. MR. JUSTICE MINTON took no part in the consideration or decision of this application. *Jack Wasserman* and *William Henning Rubin* for petitioner. *Benjamin F. Morrison* for respondents.

Nos. 771, 772 and 773. PRATT ET AL. *v.* DE KORWIN, EXECUTRIX;

No. 789. DE KORWIN, EXECUTRIX, ET AL. *v.* FIRST NATIONAL BANK OF CHICAGO ET AL.; and

No. 790. KOCH *v.* DE KORWIN, EXECUTRIX, ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE MINTON took no part in the consideration or decision of these applications. *David A. Watts* for Pratt et al., petitioners in Nos. 771, 772 and 773, and respondents in No. 789. *Charles Rivers Aiken, Vernon R. Loucks, Thomas Dodd Healy, Harold Stickler* and *Joseph E. Casey* for petitioners in No. 789, and *Mr. Aiken, Mr. Loucks* and *Mr. Casey* for respondents in Nos. 771, 772, 773 and 790. *Cranston Spray* for petitioner in No. 790. *Edward R. Johnston, J. F. Dammann, Harold V. Amberg* and *John W. Kearns*